**073-15**

# ELECTRONIC RECORD

COA #    07-13-00173-CR                          OFFENSE:    46.035

STYLE:   Darrell Lynn Holleman v. The State      COUNTY:    Hutchinson
         of Texas

COA DISPOSITION:    AFFIRMED                      TRIAL COURT:    84th District Court

DATE: 12/03/14              Publish: NO    TC CASE #:    10,889

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Darrell Lynn Holleman v. The State      CCA #:    **073-15**
         of Texas
         _____PRO SE_____    Petition             CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:               DATE:    _____
         _____REFUSED_____                        JUDGE:    _____
DATE:    04/22/2015                               SIGNED: _____        PC: _____
JUDGE:    _____                       PUBLISH: _____       DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**